# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. S 00-610 GEB |
| ) | |
| JOHN C. MAISEL ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum        ( ) Ad Testificandum.
Name of Detainee:    **JOHN CARL MAISEL**

Detained at (custodian):    California Department of Corrections - Susanville, CA

Detainee is:  a.)  (X) charged in this district by:
                (X) Petition  ( ) Indictment      ( ) Information      ( ) Complaint
                Charging Detainee With:  **Violation of Supervised Release**
or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* __on **February 3, 2006 at 9:00 A.M. before Hon. Garland E. Burrell, Jr.**__ in the Eastern District of California.

Signature:  /s/ Ellen V. Endrizzi
Printed Name & Phone No:  AUSA ELLEN V. ENDRIZZI (916) 554-2716
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on **February 3, 2006 at 9:00 A.M.*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 25, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male  X  Female | |
| Booking or CDC #: | V92670 | DOB: | |
| Facility Address: | 711-045 Center Road | Race: | |
| | Susanville, CA 96130 | FBI #: | |
| Facility Phone: | | | |

Form Crim-48        Revised 11/19/97

Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____ by _____        _____
                                                                                                             (Signature)

Form Crim-48                                                                                                                            Revised 11/19/97