**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**JOHN C. MAISEL**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) ) ) | Cr.S-00-610 GEB |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| **JOHN C. MAISEL**, ) ) | |
| Defendant. ) _____ ) | |

Based upon the stipulation of the parties, it is ORDERED that arraignment on the violation of supervised release proceedings herein is rescheduled to February 24, 2006.

Dated: February 21, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge